

Holly G Rogers
(203) 533-6255
Facsimile: (203) 721-8532
hrogers@melicklaw.com

May 27, 2016

ROBERT P. POWERS
JOHN F. ROONEY, III *(CT, DC, NH, NY, PA)
WILLIAM D. CHAPMAN
MICHAEL J. MAZURCZAK *(NY & WI)
ROBERT T. TREAT
WILLIAM L. KEVILLE, JR.
MICHAEL R. BYRNE
MARK S. BODNER
JEREMY I. STEIN (CT, DC, GA, MD, NY)
MATTHEW C. WELNICKI *(CT)
ADAM M. GUTTIN *(RI)
T. DOS URBANSKI *(RI)
JOHN A. CALETRI*(RI)
ROBERT S. LUDLUM*(NY & CT)
SHANNON MCQUEENEY DOHERTY*(NY)
JARED B. GIROUX
JOHN G. WHEATLEY *(ME)
CHRISTOPHER D. GEORGE
DONALD P. HEALY
BRIAN C. DAVIS
RENÉ M. PICKETT *(RI)
CAROLYN M. MILLER
EVA M. ZELNICK *(NY)
STEVEN M. BANKS (NY & CT)
CAMERON C. DAVIS
MOHAN SREENIVASAN (CT)
HOLLY G. ROGERS (CT)
ANTHONY G. DEPASQUALE
ERINN M. GLOSTER
ALEX A. ROMANO (RI)
RANDI L. CALABRESE (CT)

OF COUNSEL
ERIN J.M. ALARCON *(NH)
JOHN A. SAKAKEENY
GRETA T. HUTTON (CA)

*ALSO ADMITTED

ONE LIBERTY SQUARE
BOSTON, MA 02109
(617) 523-6200
FAX (617) 523-8130

WORCESTER COUNTY
371 TURNPIKE ROAD, SUITE 120
SOUTHBOROUGH, MA 01772
(508) 452-2020
FAX: (508) 452-2021

49 WEYBOSSET STREET
PROVIDENCE, RI 02903
(401) 941-0909
FAX (401) 941-6269

76 CENTER STREET
WATERBURY, CT 06702
(203) 596-0500
FAX (203) 721-8532

195 ELM STREET
MANCHESTER, NH 03101
(603) 627-0010
FAX (603) 627-0460

830 THIRD AVENUE
NEW YORK, NY 10022
(212) 541-7236
FAX (212) 840-8560

550 NORTH BRAND BOULEVARD, SUITE 1500
GLENDALE, CA 91203
(818) 539-2611
FAX (818) 539-2613

MELICKLAW.COM

**Via ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Lewis v. Roosevelt Island Operating Corporation et al.*
                Civil Action No. 16-CV-03071 - ALC

Dear Judge Carter:

      This office represents all of the defendants in the above-referenced action (the "Defendants"). The Defendants respectfully submit this letter to request an extension of time to June 20, 2016 to respond to Plaintiff's complaint. Each of the multiple Defendants were served on different days and by different methods. Therefore, the current deadline for each Defendant to respond to the complaint varies. However, upon in formation and belief, this request precedes the earliest current deadline for any Defendant to respond to the complaint. This is the Defendants' first request for an extension of time to respond to the complaint.

      The requested extension is necessary to gather information from our clients, including reviewing service of process as to each Defendant, and to prepare the necessary responsive pleadings. Plaintiff's counsel has consented to the extension of time to June 20, 2016.

      Defendants reserve the right to seek additional time to respond to the complaint, if necessary. Defendants originally requested that the Plaintiff consent to an extension of time to respond to the complaint to July 8, 2016, but the Plaintiff would only consent to an extension to June 20, 2016. Additionally, Plaintiff was unwilling to provide the undersigned counsel with copies of the affidavits of service as to the Defendants. As such, Defendants may need additional time to review service of process as to each Defendant, gather information from our clients, and to prepare the necessary responsive pleadings.

      Accordingly, Defendants respectfully request that the Court extend their time to respond to the complaint to June 20, 2016, as consented to by the Plaintiff, while reserving the right to request additional time should it be necessary.

Melick & Porter, LLP
May 27, 2016
Page 2

                                                Respectfully submitted,

                                                HOLLY G. ROGERS

                                      By: /s/ Holly G. Rogers
                                            Holly G. Rogers, Esq.
                                            Melick & Porter, LLP
                                            Attorney for Defendants
                                            830 3rd Avenue, 5th Floor
                                            New York, NY 10022


cc: **Via ECF**
    Anthony J. Rotondi
    Attorney for Plaintiff
    5 Columbus Circle, Suite 800
    New York, N.Y. 10019