AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-03071-ALC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Roosevelt Island Operating Corporation Board of Directors
was received by me on *(date)*  May 12, 2016 .

[ ] I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[X] Other *(specify)*:

I left the summons at the individuals' actual place of business with *(name)* A. Moskowitz, a person of suitable age and discretion who is employed there, on *(date)* May 13, 2016, and mailed a copy to the individuals' actual place of business.

My fees are $ for travel and $ for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date: 6/2/2016

Server's signature

Jack Catalan
*Printed name and title*

102-40 62 Avenue, Forest Hills NY 11375
*Server's address*

Additional information regarding attempted service, etc: