UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

**DONALD LEWIS,**

                  **Plaintiff,**

                -against-                      1:16-cv-03071 (ALC) (SN)

**ROOSEVELT ISLAND OPERATING**        <u>**ORDER**</u>
**CORPORATION, et al.,**

                  **Defendants.**

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       The parties should submit a joint status report by March 25, 2025, informing the Court as to the next steps in this case, or whether the case may be closed.

**SO ORDERED.**

**Dated:**    **February 25, 2025**
            **New York, New York**

                                                          **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**