**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------- x
DONALD LEWIS,                                          :
                                                       :
                              Plaintiff,               :
                                                       :
              -against-                                :        1:16-cv-03071 (ALC) (SN)
                                                       :
ROOSEVELT ISLAND OPERATING                             :        ORDER
CORPORATION, et al.,                                   :
                                                       :
                              Defendants.              :
                                                       :
------------------------------------------------------- x
```

**ANDREW L. CARTER, JR., United States District Judge:**

The parties should submit a joint status report by May 26, 2025, updating the Court on satisfaction of judgment.

**SO ORDERED.**

Dated:    **May 12, 2025**
          **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**